

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00298-CV

| | | |
|---|---|---|
| CINDI TO, Appellant | § | On Appeal from the 348th District Court |
| v. | § | of Tarrant County (348-318252-20) |
| | § | July 24, 2025 |
| DAVID FUNKHOUSER, PERSONALLY AND ON BEHALF OF POWERSHIFT ENERGY, LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment against Cindi To is reversed, and we render a take-nothing judgment as to her.

It is further ordered that Appellee David Funkhouser shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
Justice Wade Birdwell